**Opinion issued June 8, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00246-CR

———————————

**STACEY VERNARD JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 443rd District Court**
**Ellis County, Texas[1]**
**Trial Court Case No. 47555CR**

---

## MEMORANDUM OPINION

Appellant, Stacey Vernard Jones, appealed from the trial court's February 24,

2023 judgment of conviction. Appellant has filed a motion to withdraw his appeal,

---

[1]    Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court. *See* Misc. Docket No. 23–9017 (Tex. Mar. 21, 2023); *see also* TEX. GOV'T CODE ANN. § 73.001 (authorizing transfer of cases).

1

requesting that he be "allow[ed] . . . to withdraw his appeal," and that "this Court dismiss the appeal."

Appellant and his attorney have signed the motion, and this Court has not issued a decision. *See* TEX. R. APP. P. 42.2(a). Further, more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.
Do not publish. TEX. R. APP. P. 47.2(b).

2